| | |
|---|---|
| 1 | Zachary M. Best, SBN 166035 |
| 2 | Tanya E. Moore, SBN 206683<br>MISSION LAW FIRM, A.P.C. |
| 3 | 332 North Second Street<br>San Jose, California 95112 |
| 4 | Telephone: (408) 298-2000<br>Facsimile: (408) 298-6046 |
| 5 | E-mail: service@mission.legal |

Attorneys for Plaintiff,
Francisca Moralez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>      Plaintiff,<br><br>vs.<br><br>EUN JOO LEE dba SHARON HEIGHTS WINES & LIQUORS; KENNETH S. LEE dba SHARON HEIGHTS WINES & LIQUORS; SHARON HEIGHTS WINE & LIQUOR, INC.; RADIN CO., A CALIFORNIA LIMITED PARTNERSHIP;<br><br>      Defendants. | No. 3:17-cv-03584-WHA<br><br>**STIPULATION TO CONTINUE LAST DATE TO MEET AND CONFER UNDER GENERAL ORDER 56 AND RELATED DATE; [~~PROPOSED~~] ORDER** |

WHEREAS, on June 22, 2017, the Court issued a Scheduling Order for Cases Asserting Denial of Right of Access under the Americans with Disabilities Act (Dkt. 4) ("the Scheduling Order");

WHEREAS, Plaintiff Francisca Moralez ("Plaintiff") and Defendants Eun Joo Lee dba Sharon Heights Wines & Liquors; Kenneth S. Lee dba Sharon Heights Wines & Liquors; Sharon Heights Wines & Liquor, Inc.; and Radin Co., a California Limited Partnership

("Defendants," and together with Plaintiff, "the Parties") conducted the joint site inspection required pursuant to General Order 56 and the Scheduling Order on September 28, 2017;

WHEREAS, the Scheduling Order requires that the Parties, and their counsel, meet and confer in person no later than 28 days after the joint site inspection, here, October 26, 2017;

WHEREAS, due to the unavailability of defense counsel for Defendants, the Parties cannot complete the meet and confer prior to the deadline;

NOW, THEREFORE, it is hereby stipulated by and between the Parties, through their respective counsel, that the meet and confer required under General Order 56 and this Court's Scheduling Order take place on November 20, 2017 at 11:00 a.m. The Parties accordingly request an extension of the deadline to complete the meet and confer to November 20, 2017.

IT IS FURTHER STIPULATED that if a settlement of the matter is not reached at the meet and confer, that Plaintiff shall file a Notice of Need for Mediation within 14 days of the meet and confer.

IT IS SO STIPULATED.

Dated: October 25, 2017            MISSION LAW FIRM, A.P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorneys for Plaintiff,
Francisca Moralez

Dated: October 25, 2017            PAHL & McCAY

*/s/ Servando R. Sandoval*
Servando R. Sandoval
Attorneys for Defendants,
Diroug Diekgers dba Eric's Gourmet Food
& Catering; and Radin Co., a California
Limited Partnership

///
///
///

STIPULATION TO CONTINUE LAST DATE TO MEET AND CONFER UNDER GENERAL ORDER 56
AND RELATED DATE; [PROPOSED] ORDER

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

> */s/ Tanya E. Moore*
> Tanya E. Moore
> Attorneys for Plaintiff,
> Francisca Moralez

## ORDER

The parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the in person meet and confer required by this Court's Scheduling Order and General Order 56 shall take place no later than November 20, 2017.

**IT IS FURTHER ORDERED** that if the parties are unable to reach a settlement of this matter at the in person meet and confer, Plaintiff shall file a Notice of Need for Mediation within 14 days of the meet and confer.

**IT IS SO ORDERED**.

Dated: October 25, 2017.

_____
United States District Judge